UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DUANE B. FORD, individually and d/b/a<br>D.B. FORD INSURANCE ADJUSTERS,<br><br>                    Plaintiff,<br><br>v.<br><br>AMERICAN RELIABLE INSURANCE<br>COMPANY, a foreign insurer, et al.,<br><br>                    Defendants. | 02:01-CV-00413-LRH (PAL)<br><br><br><br>**O R D E R** |

On August 2, 2005, the court issued an order (Docket No. 160) requiring the Plaintiff in the above titled matter to show good cause as to why this case should not be dismissed for failure of prosecution. Since that time, the parties have responded to the court's order and have filed several status reports. It appears to the court that Samuel G. Coppersmith may have been chosen as the third arbitrator to resolve this dispute. However, it also appears that there is uncertainty between the parties concerning the status of the arbitration. Therefore, the court will schedule a status conference to address issues concerning why this case is not moving forward into arbitration. Counsel are directed to meet and confer prior to the status conference. Counsel shall attempt to resolve all outstanding issues concerning the third arbitrator and the timely resolution of this matter. If these issues can be resolved to the satisfaction of both parties, counsel shall advise the court and the status conference will be vacated. If counsel fail to come to an agreement, they shall

1  appear for the status conference and the court will consider appropriate action.

2      IT IS THEREFORE ORDERED that counsel shall appear in a Courtroom to be determined

3  on Monday, January 30, 2006, at 3:30 p.m. for a status conference.

4      IT IS SO ORDERED.

5      DATED this 9th day of January, 2006.

                                                 _____
                                               LARRY R. HICKS
                                               UNITED STATES DISTRICT JUDGE