# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUANE B. FORD, individually and d/b/a<br>D. B. FORD INSURANCE ADJUSTERS,<br><br>           Plaintiff,<br><br>vs.<br><br>AMERICAN RELIABLE INSURANCE<br>COMPANY, a foreign insurer, et al.,<br><br>           Defendants. | 02:01-CV-00413-LRH (PAL)<br><br>**MINUTES OF THE COURT**<br><br>February 24, 2006 |

PRESENT:     THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   ROSEMARIE MILLER          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Counsel for the parties having requested a continuance of the status hearing scheduled for Monday, February 27, 2006, at 11:00 a.m. to allow the arbitrators a continuance of time to resolve various issues, and good cause appearing,

   IT IS HEREBY ORDERED that the status conference be continued to Tuesday, March 14, 2006, at 8:00 a.m., in a courtroom to be determined at the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.  If the issues can be resolved to the satisfaction of both parties, counsel shall advise the court and the status conference will be vacated.

                              LANCE S. WILSON, CLERK


                         By:  _____/s/_____
                              Deputy Clerk