# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUANE B. FORD, individually and d/b/a<br>D. B. FORD INSURANCE ADJUSTERS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN RELIABLE INSURANCE<br>COMPANY, a foreign insurer, et al.,<br><br>　　　　　　　Defendants. | 02:01-CV-00413-LRH (PAL)<br><br>**MINUTES OF THE COURT**<br><br>March 10, 2006 |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:  ROSEMARIE MILLER         REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

　　　A continuance of the status hearing scheduled for Tuesday, March 14, 2006, at 8:00 a.m. having been requested to allow the arbitrators a continuance of time to resolve various issues, and good cause appearing,

　　　IT IS HEREBY ORDERED that the status conference be continued to Wednesday, March 22, 2006, at 8:00 a.m., in a Courtroom 7C of the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada. If the issues can be resolved to the satisfaction of both parties, counsel shall advise the court and the status conference will be vacated.

　　　　　　　　　　　　　　　　　LANCE S. WILSON, CLERK


　　　　　　　　　　　　　　　　　By:　　　　/s/
　　　　　　　　　　　　　　　　　　　　Deputy Clerk